**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jeremiah GREEN, Defendant—Appellant.**

**No. 00–50227.**

**D.C. No. CR–99–00052–TJH–1.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 23, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jeremiah Green appeals his conviction by guilty plea and sentence for robbery of

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

a postal letter carrier, aiding and abetting, and possession of property of the United States taken by robbery in violation of 18 U.S.C. §§ 2114(a), 2(a), and 2114(b). Green's attorney has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that he failed to discover any arguable issues on appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues.

Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit *except as may be provided* by Ninth Circuit Rule 36–3.